IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Case No. 6:19-cv-00290-TMC

| | |
|---|---|
| Sandy Hanebrink, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> The City of Simpsonville, TRZ ) <br> Management, LLC, and John Does 1-3, ) <br> ) <br> Defendants, ) <br> ) | MOTION FOR SUMMARY JUDGMENT BY DEFENDANT, CITY OF SIMPSONVILLE |

**PLEASE TAKE NOTICE** that the Defendant, City of Simpsonville, by and through their undersigned attorneys hereby move the court, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an Order entering Summary Judgment in favor of the Defendant. This Motion is on the basis that there is no genuine issue as to any material fact and that the Defendants are entitled to judgment as a matter of law.

This Motion will be based upon the pleadings, affidavits, and exhibits in this case, along with the Memorandum submitted herewith.

Respectfully Submitted,

s/Stacey Todd Coffee
James D. Jolly, Jr. (Fed ID 1410)
Stacey Todd Coffee (Fed ID 6812)
LOGAN & JOLLY, LLP
1805 North Boulevard
Post Office Box 259
Anderson, SC 29622
864-226-1910
864-226-1931 (fax)
Attorneys for Defendant, City of Simpsonville

Anderson, South Carolina
Dated: January 13, 2021